**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JAMES BLOUNT,

                        Plaintiff,

     -against-                             20 **CIVIL** 1567 (VB)

## **JUDGMENT**

COUNTY OF WESTCHESTER and
WESTCHESTER COUNTY DEPARTMENT
OF CORRECTION,

                       Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 30, 2020, the motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
          November 30, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                       Clerk of Court
                                        **BY:**
                                                        Deputy Clerk